# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SUZANNE M. HONIGMAN,**
Appellant,

v.

**AARON HONIGMAN,** as Trustee of the DAN HONIGMAN REVOCABLE TRUST, **JEFFREY SKATOFF,** as Trustee ad litem, and **STACY MESCHKE,**
Appellees.

No. 4D18-871

[March 28, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 502013CP004151AXXXXNB.

E. Cole FitzGerald, III of E. Cole Fitzgerald, III PLLC, West Palm Beach, for appellant.

Anya Van Veen, Jeffrey H. Skatoff and Brian M. Spiro of Clark Skatoff, P.A., Palm Beach Gardens, for appellee Trustee ad Litem.

Edward Downey of Downey | McElroy, P.A., Palm Beach Gardens, for appellee Stacy Meschke.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***